UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RONALD K. CHAMBERS PLAINTIFF

V. CIVIL ACTION NO. 3:26-CV-952-CWR-ASH

DOUGLAS A. COLLINS DEFENDANT

ORDER

Pro se Plaintiff Ronald K. Chambers has filed a Motion for Leave to Proceed in Forma Pauperis (IFP) in this civil-rights case. Mot. [2]. Chambers submitted AO 239, the long-form IFP application, but he left some of the sections blank. Having examined it, the Court has determined that more information is required to accurately assess Chambers's eligibility to proceed IFP.

IT IS, THEREFORE, ORDERED that on or before November 23, 2026, Chambers shall file an updated long-form application to proceed in forma pauperis, a blank copy of which is attached to this Order. Each section of the form—specifically the section about income expected next month—must be completed legibly and in full; Chambers should leave no sections or boxes blank. If the answer to a question is "0," "none," or "not applicable (N/A)," Chambers should write that response.

IT IS FURTHER ORDERED that if Chambers fails to submit the updated form as directed by November 23, 2026, his Motion for Leave to Proceed in Forma Pauperis [2] may be denied without further notice.

**SO ORDERED AND ADJUDGED** this the 9th day of November, 2026.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE